**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (pro hac vice forthcoming)
Daniel Tepper (pro hac vice forthcoming)
Correy A. Suk (pro hac vice forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK AYERS, Derivatively on Behalf of REDDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN HUFFMAN, DAVID HABIGER, ROBERT A. SAUERBERG, PORTER GALE, MICHAEL SEIBEL, PATRICIA FILI-KRUSHEL, STEVEN O. NEWHOUSE SARAH FARRELL, ANDREW VOLLERO, and JENNIFER WONG, <br><br> Defendants, <br><br> -and- <br><br> REDDIT, INC., <br><br> Nominal Defendant. | Case No.  3:25-cv-6752 <br><br><br> **JURY TRIAL DEMANDED** <br><br> **VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT** |

Plaintiff Patrick Ayers ("**Plaintiff**"), by his attorneys, derivatively on behalf of nominal defendant Reddit, Inc. ("**Reddit**" or the "**Company**"), submits this Verified Stockholder Derivative Complaint against defendants Steven Huffman ("**Huffman**"), Dave Habiger ("**Habiger**"), Robert A. Sauerberg ("**Sauerberg**"), Porter Gale ("**Gale**"), Michael Seibel ("**Seibel**"), Patricia Fili-Krushel ("**Fili-Krushel**"), Steven O. Newhouse ("**Newhouse**"), Sarah Farrel (**"Farrell"**), Andrew Vollero ("**Vollero**"), and Jennifer Wong ("**Wong**," and collectively, the "**Individual Defendants**," and together with the Company, "**Defendants**") for violations of Sections 10(b), 14(a), and 20(a) of the Securities Exchange Act of 1934, as amended (the "**Exchange Act**"), breaches of fiduciary duties as members of Reddit's Board of Directors (the "**Board**") and/or senior management, and unjust enrichment from at least October 29, 2024 and May 20, 2025 (the "**Relevant Period**").

Plaintiff's allegations are based on his personal knowledge as to himself and his own acts and upon information and belief as to all other matters, the basis of which includes, *inter alia*, the investigation of Plaintiff's counsel and their review and analysis of the Company's public filings with the U.S. Securities & Exchange Commission ("**SEC**"), news reports, press releases, and other publicly available sources. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE AND SUMMARY OF THE ACTION

1.     Reddit operates a social media platform and mobile application structured around user-generated content and discussion forums. The platform is organized into topic-specific communities known as "subreddits" – many of which concern specialized, narrow, or obscure subject matter – where users engage in discussions, ask and answer questions, share content, and vote on posts and comments. The depth of human knowledge on subreddits makes Reddit an attractive destination for people in search of detailed and community-vetted answers to their questions. Indeed, it is a common "hack" to add the word "Reddit" to Internet searches in order to receive results from relevant subreddits.

2.     While posting, commenting, upvoting, and downvoting require a registered user account, the content of most subreddits is publicly accessible, allowing non-members to browse and read discussions without registration. A significant portion of Reddit's web traffic originates from users who

access the platform through queries entered into Google Search—*i.e.,* asking a question and adding the word "Reddit" to the search.

3.    In 2024, Google launched a suite of new AI features, including "**AI Overviews**"— automated summaries displayed directly on the search results page. These summaries allow users to obtain answers without clicking through to external websites, a phenomenon referred to as a "zero-click search." The introduction and widespread use of AI Overviews have materially reduced user traffic to Reddit's platform, because users were able to see the content of relevant subreddits without actually visiting (and thus generating revenue for) Reddit.

4.    Throughout the Relevant Period, Company management issued materially false and misleading statements and failed to disclose that changes in Google's algorithm and features including AI Overview were causing reduced traffic on the Company's platform.

5.    Unbeknownst to investors, senior management was aware that the Company was experiencing lower traffic to its platform due to changes in Google's algorithm and in the introduction of AI Overviews.

6.    The truth behind the Company's weakening demand began to emerge on May 1, 2025, when Reddit announced that its daily active user growth had declined for the third consecutive quarter. This disclosure undermined prior representations about the Company's performance and prospects, revealing that Reddit's user engagement was faltering despite earlier optimistic portrayals. Investors reacted negatively to the news, reflecting a loss of confidence in the Company's prior statements.

7.    A few weeks later, on May 19, 2025, Wells Fargo downgraded Reddit's stock and reduced its price target, citing concerns about the negative impact of Google's new AI features on Reddit's traffic and user engagement. The downgrade reflected growing skepticism in the market about Reddit's ability to sustain growth in light of emerging technological disruptions.

8.    On this news, the price of the Company's common stock declined sharply, falling $9.79 per share, or approximately 9.3%, from a closing price of $105.64 on May 20, 2025, to close at $95.85 on May 21, 2025.

9.    The full truth emerged two days later, on May 21, 2025, when Baird downgraded Reddit's stock and lowered its price target, reiterating the concerns previously raised by Wells Fargo

regarding the detrimental effects of Google's AI features—particularly AI Overviews—on Reddit's user traffic and engagement. This second downgrade reinforced market fears about Reddit's long-term growth prospects and competitive positioning.

10.    Throughout the Relevant Period, the Individual Defendants caused Reddit to issue materially false and misleading statements concerning the Company's business, operations, and prospects. These statements failed to disclose material facts, including: (i) that changes to Google's algorithm and the introduction of new features such as AI Overviews were materially reducing user traffic to Reddit's platform; (ii) that although search queries containing the term "Reddit" were increasing, many users were obtaining information directly from Google's AI summaries and bypassing Reddit altogether; and (iii) that, contrary to descriptions in the Company's proxy statement filed by Reddit with the SEC on April 28, 2025 (the "**2025 Proxy**") concerning the Board's oversight role in public disclosure controls, financial reporting, and risk management, such oversight was not being adequately exercised. As a result, Reddit's public disclosures during the Relevant Period were materially misleading and lacked a reasonable basis.

11.    As set forth herein, and as alleged in the ongoing federal securities class action captioned *Tamraz, Jr. v. Reddit, Inc., et al., Case No. 3:25-cv-05144-JD (N.D. Cal.)* (the "**Securities Class Action**"), the Company's officers and directors substantially damaged Reddit by filing false and misleading statements that omitted material adverse facts.

## JURISDICTION AND VENUE

12.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise a federal question under Section 14(a) of the Exchange Act, 15 U.S.C. §78n(a)(1), Rule 14a-9 of the Exchange Act, 17 C.F.R. § 240.14a-9, Section 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b), 78t(a) and 78t-1), and Section 10(b) of the Exchange Act (15 U.S.C. § 78j) and Rule 10b-5 (17 C.F.R. §240.10b-5) promulgated thereunder by the SEC. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

13.    This derivative action is not a collusive action to confer jurisdiction on a court of the United States that would not otherwise have such jurisdiction.

14.     This Court has personal jurisdiction over each defendant named herein because each defendant is either a corporation that conducts business in this District or is an individual who has sufficient minimum contacts with this District to render the exercise of jurisdiction by the courts of this District permissible under traditional notions of fair play and substantial justice.

15.     Venue is proper in this District pursuant to 28 U.S.C § 1391 because the acts and Defendants' actions have had an effect in this District, and the acts and transactions giving rise to the violations of law complained of herein, including the dissemination of false and misleading statements into this District, occurred in part in this District.  Moreover, Reddit's headquarters and principal place of business are both in this District.

## THE PARTIES

*Plaintiff*

16.     Plaintiff is and has continuously been a stockholder of Reddit during the wrongdoing complained of herein.

***Nominal Defendant***

17.     Nominal Defendant Reddit is incorporated under the laws of Delaware with its principal executive offices located at 303 2nd Street, South Tower, 5th Floor, San Francisco, California 94107. Reddit's common stock is traded on the New York Stock Exchange ("**NYSE**") under the ticker symbol "RDDT."

***Director Defendants***

18.     Defendant Huffman co-founded Reddit in June 2004 and held a variety of leadership roles until October 2009. After his departure in 2009, Defendant Huffman rejoined the Company in July 2015 and has since served as a member of the Board and as the Company's CEO. As set forth in the 2025 Proxy, Huffman received $550,00 in compensation from the Company in 2024. Defendant Huffman is also named as a defendant in the Securities Class Action.

19.     Defendant Habiger is Chairman of the Board and has been a director since November 2023. He is a member of the Board's Audit Committee. According to the 2025 Proxy, Habiger received $434,328 in compensation from the Company in 2024.

20.     Defendant Sauerberg has served as Vice Chairman of the Board since April 2012. Defendant Sauerberg also serves as a member of the Audit Committee. According to the 2025 Proxy, Sauerberg received $390,557 in compensation from the Company in 2024.

21.     Defendant Gale has served as a member of the Board since April 2019. He is a member of the Board's Compensation & Talent Committee (the "**Compensation Committee**"). According to the 2025 Proxy, Gale received $348,078 in compensation from the Company in 2024.

22.     Defendant Seibel has served as a member of the Board since July 2020. According to the 2025 Proxy, Seibel received $347,849 in compensation from the Company in 2024.

23.     Defendant Fili-Krushel has served as a member of the Board since January 2022.  She is Chair of the Compensation Committee. According to the 2025 Proxy, Fili-Krushel received $355,578 in compensation from the Company in 2024.

24.     Defendant Newhouse has served as a member of the Board since March 2024. According to the 2025 Proxy, Newhouse received $351,828 in compensation from the Company in 2024.

25.     Defendant Farrel has served as a member of the Board since May 2024. Defendant Farrel is a Member of the Audit and Compensation Committees. According to the 2025 Proxy, Farrel received $325,585 in compensation from the Company in 2024.

***Officer Defendants***

26.     Defendant Vollero has served as the Company's Chief Financial Officer ("**CFO**") since March 2021. According to the 2025 Proxy, Vollero received $19,234,990 in compensation from the Company in 2024.

27.     Defendant Wong has served as the Company's Chief Operating Officer ('**COO**") since April 2018. According to the 2025 Proxy, Wong received $ 1,774,996 in compensation from the Company in 2024.

28.     The Individual Defendants, because of their positions with Reddit, possessed the power and authority to control the contents of Reddit's reports to the SEC, press releases, and presentations to investors and analysts. Each of the Individual Defendants was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance, and each had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of

their positions and access to the Company's confidential information, each of the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were then materially false and/or misleading.

## SUBSTANTIVE ALLEGATIONS

29.     Reddit operates as a social media platform and discussion forum structured around user-created communities called "subreddits," which focus on specific topics, interests, or themes. The Company generates revenue from three primary sources: (i) advertising revenue derived from display and video ads shown across the platform; (ii) premium membership subscriptions under the "Reddit Premium" program, which offer users an ad-free experience and access to exclusive features; and (iii) other revenue, including digital goods and emerging monetization tools such as Reddit Coins and the Contributor Program.

30.     Reddit generates revenue primarily by selling digital advertising on its platform, including display, video, and sponsored content. Advertisers are typically charged on a cost-per-impression ("**CPM**") or cost-per-click ("**CPC**") basis, depending on the campaign structure. Revenue is also derived from self-serve ad tools, direct sales to brands and agencies, and partnerships that facilitate programmatic ad placements.

31.     In its financial statements, Reddit emphasizes key user engagement metrics that directly impact its revenue. One such metric is Daily Active Unique [Users] ("**DAUq**"), defined as the number of unique users—identified by distinct identifiers—who visit the Reddit website or open the Reddit app at least once within a 24-hour period. The Company calculates average DAUq for a reporting period by adding up the DAUq for each day and dividing by the number of days in that period. Another critical performance indicator is Average Revenue Per User ("**ARPU**"), which is calculated by dividing Reddit's quarterly revenue within a specific geographic region by the average DAUq in that same region over the same period.

32.     The Company's advertising business includes tools and targeting solutions designed to help advertisers maximize return on ad spend by reaching relevant users within interest-based communities. This includes customized placements in high engagement subreddits, contextual targeting, and promoted posts that appear seamlessly in users' feeds. In its earnings report for the first quarter of

2025, Reddit disclosed that $358.6 million of its total $392.4 million in revenue—approximately 91%—came from advertising.

***The Individual Defendants' False and Misleading Statements***

33.     On October 29, 2024— the beginning of the Relevant Period, the Company issued a press release announcing its financial results for the third quarter of 2024, highlighting a 47% year-over-year increase in DAUq to 97.2 million, and a 68% year-over-year surge in revenue, reaching $384.4 million.

34.     That same day, the Company held its third quarter 2024 earnings call with investors and analysts (the "**3Q24 Earnings Call**") to discuss its financial results. During the scripted portion of the call, Defendant Huffman responded to pre-submitted questions from Reddit users. In response to a question concerning Google Search, Defendant Huffman stated:

> Next question is basically a Google question, "One thing that worries me is Google taketh dynamic, particularly with logged out DAU growth. I guess most of us would be expecting logging in to be outgrowing logged out, but logged in is at 27%, logged out is at 70%. Even the 2-year stacks, the logged out DAU crushes. My questions are, what are the dynamics of those users? It would be good if you could have some color on the conversion of them, if they show intention on the Google queries, et cetera? And how much should we worry about Google diverting traffic in the future?
>
> Also, if you can comment on the famous essay, Google is dying and people are depending on Reddit for their queries?"
>
> Okay. Thank you for the question. Look, we've long had, I think, a symbiotic relationship with Google and the Google Search platform specifically. So I think ***if you look within the Google traffic, there's a couple of big classes of users that I think are important to recognize. So the first are people who go to Google with the intention of ending up on Reddit.*** So in that stat I mentioned in my opening remarks, we're seeing a lot of those users. Reddit is the sixth most searched word on Google in the U.S. this year. ***And so those are people literally typing the word Reddit into Google. So they know they're going to end up on it. They're using, in this case, Google to navigate Reddit.***
>
> ***The second class of users is users who are running maybe a more general search on Google and then ending up on Reddit, also valuable.*** And so we think of these users as this is an opportunity to teach people that Reddit has the answers to their questions. And so in that case, it's a great source of new users and a great opportunity to kind of show a new audience what Reddit is all about.

*It's true, the algorithm does kind of come and go*, give us and take us away, as you say. So you'll never hear us celebrate or complain about an algorithm change here. But at the end of the day, Reddit has great content. It has answers to questions. *It has advice and perspectives that people are looking for, and that's what Internet consumers want, whether they're coming directly to Reddit or finding us through other means.*[1]

35.     Rather than directly addressing the concern that Google's AI-driven changes—such as AI Overviews—were reducing Reddit's visibility and diverting traffic away from the platform, Defendant Huffman deflected with generalized comments about Reddit's longstanding "symbiotic relationship" with Google and the value of users who arrive at Reddit through search. His remarks focused on users who intentionally seek out Reddit via Google, rather than confronting the central issue: that users increasingly receive answers directly from Google's AI summaries without ever clicking through to Reddit. By failing to acknowledge or address this shift, Defendant Huffman sidestepped the very concern raised in the question—namely, the threat posed by zero-click searches to Reddit's future user growth and engagement.

36.     Further, during the 3Q24 Earnings Call, an analyst from J.P. Morgan inquired whether management could "help us think through some of the puts and takes of getting up to 40% of daily traffic coming from Google." In response, Defendant Huffman stated:

[O]n the kind of more traditional external search side, yes, look, I think, as I mentioned, *we've long had I think a symbiotic relationship with the Google search platform.* It's high utility for some of our core users. *Those users are going to come to Reddit regardless.* And it's a great source of new users, effectively marketing channel, to educate new users about Reddit. And look, we've seen their algorithm change a lot over the years, and of course, it always will. And Google, of course, experiments with all sorts of new search products. Some help, some hurt.

But we've been on this journey for 19 years. So yes, there's volatility in that traffic. But if you look over the last few years, our logged in growth has been very stable and reliable. Our app growth has been stable and reliable. And that's where the vast majority of our revenue is. So yes, volatility on the logged out users, on the external users, but our actual business has been very stable and reliable growth over that time period, and that's what we see looking forward as well.

---

[1] All emphasis in quotations has been added unless otherwise indicated.

37.    Defendant Huffman's response once again evaded the core concern raised by the analyst—namely, the increasing dependence on and vulnerability to Google's search algorithm and AI-driven changes. Rather than addressing how Reddit planned to mitigate the risks posed by potential traffic loss from Google's evolving search features, Huffman downplayed the volatility of "external" or "logged out" traffic and instead emphasized the Company's historical growth in logged-in and app users. This deflection ignored the material risk that nearly 40% of Reddit's daily traffic—on which its future growth and revenue projections rely—could be significantly reduced by changes outside the Company's control. Huffman's statements therefore failed to adequately disclose the serious threat posed by Google's AI initiatives and misled investors by presenting Reddit's traffic and revenue outlook as "stable and reliable" despite growing evidence to the contrary.

38.    On February 12, 2025, Reddit issued a press release announcing its financial results for the fourth quarter and full year 2024. The Company reported a 39% year-over-year increase in DAUq, reaching 101.7 million. In addition, Reddit disclosed a 71% year-over-year increase in revenue, totaling $427.7 million for the quarter, reflecting continued growth in user engagement and monetization.

39.    That same day, the Company held its fourth quarter and full year 2024 earnings call with investors and analysts (the "**4Q24 Earnings Call**") to discuss its financial performance. During the prepared remarks portion of the call, Defendant Huffman addressed concerns regarding the "volatility" in Google search traffic, stated:

> We finished the year with 101.7 million DAUq, marking 39% growth year-over-year, led by strong international growth at 46%. Additionally, logged-in users grew 27% and they've grown at this rate or higher every quarter for the last year and have maintained a steady upward trend for the last two years.
>
> Late in Q4, *we did experience some volatility from Google Search triggered by a periodic algorithm change, but traffic from search has recovered so far in Q1 and we've regained momentum.*
>
> *What happened wasn't unusual.* Referrals from search fluctuate from time to time and they primarily affect logged-out users.
>
> *Our teams have navigated many algorithm updates over the years and did an excellent job adapting to these latest changes effectively.*

*This particular swing was interesting because along with it, we saw a corresponding increase in the query term Reddit, which suggests users are searching with the specific intent of reaching Reddit and this propensity continues to rise.*

We typically see two types of users on Reddit, those who scroll and those who seek.

Scrollers engage with Reddit for its core community and conversation while seekers come to or end up on Reddit for answers to their questions. Just a few years ago, adding Reddit to the end of your search query felt novel.

40. Defendant Huffman's remarks during the 4Q24 Earnings Call continued a pattern of deflection and minimizing the growing threat posed by Google's algorithmic changes and new AI features. Rather than candidly addressing the material risk that declining referral traffic posed to Reddit's platform engagement and advertising model, Huffman downplayed the volatility as a routine and recoverable event, attributing the disruption to a temporary algorithm shift affecting only "logged-out users." He further sought to reassure investors by emphasizing international user growth and search queries explicitly containing "Reddit," despite mounting evidence that Google's AI Overviews and evolving search dynamics were redirecting users away from the platform altogether. These remarks failed to adequately disclose the structural implications of reduced visibility in search results and the associated decline in user acquisition and engagement, particularly among the "seekers" who rely on Google to discover Reddit content.

41. On the same 4Q24 Earnings Call, a Deutsche Bank analyst inquired about the "balance of U.S. user growth versus ARPU growth?" In response, Defendant Huffman stated the following:

[I]n terms of user growth and ARPU growth...I think we still have a tremendous amount of opportunity on users.

We haven't come, I think close to tapping out in the U.S., which is our most mature market. We're really getting off the ground in a number of countries around the world. Communities are universal, and so we see very high potential in building a product that is literally universal -- everybody belongs to communities, everybody wants that feeling of belonging.

42. Responding to the same question, Defendant Wong stated:

So as we've mentioned before, we don't manage to ARPU. There's nobody who managed it to what it is. It is just the revenue divided by the users. It did grow in Q4 nicely in both regions, the U.S. and rest of world. There's a lot of headroom there. We know that, that's an opportunity to grow over time.

But the way we think about it is we're trying to grow revenue by continuing to expand our verticals, drive performance, make our ad platform easier so that we have more advertisers on it, driving more demand into our platform. That grows our share as we continue to also grow users in parallel.

Look, the ARPU in both the U.S. and rest of worldwide, they grew in Q4 are still very early. The ARPU for the rest of world is just a fraction of the U.S. So there's a lot of opportunity for growth there.

But again we think of it as really growing our revenue, growing our share and users in parallel.

43. Defendants Huffman and Wong's responses during the 4Q24 Earnings Call failed to adequately address near-term concerns about revenue efficiency and user engagement.

44. In discussing U.S. user saturation and ARPU growth, Defendant Huffman asserted that Reddit still had "tremendous" headroom for expansion both domestically and internationally, relying on the general appeal of online communities. However, this optimism sidestepped the core concern raised by the analyst—how effectively Reddit was monetizing its existing user base, particularly in light of declining traffic from Google and the platform's reliance on search-driven engagement. Wong's comments similarly downplayed the importance of ARPU, stating that Reddit does not "manage to ARPU" and attributing growth merely to passive user and revenue metrics. This evasive posture, combined with a vague narrative around future opportunities, failed to reassure investors about the Company's ability to maintain stable growth and profitability amid shifting referral dynamics and heightened market competition.

45. During the same 4Q24 Earnings Call, an analyst from LightShed Partners raised a critical question regarding the impact of changes to Google's Search algorithm in the fourth quarter and how investors could gain "comfort and confidence that future changes are not going to be more problematic, and [impact] revenue." In response, Defendant Huffman stated:

Okay. What did Google change? I have my suspicions but it's not my place to say but *I'm not worried about it.*

*Number two, assume no revenue -- impact to revenue -- sorry, assume no revenue impact? Correct. No revenue impact.*

Three, what was adjusted down in Q4, what's it look like in Q1? Look, I can't put specific numbers on it but I don't think we'd be having this conversation if not for the swing there, and we feel very good about the pace that we're on in Q1.

*Like I said, look, we see volatility from Google all the time as does everybody. You can read the blogs a couple of times a year. Our relationship with them is great. We collaborate in a number of ways including how they can continue to crawl us better so there's zero concern from us in this department.*

46.    Lastly, when asked about the effects of Google Search's algorithm changes on Reddit's revenue during the 4Q24 Earnings Call, Defendant Huffman responded:

Look, these changes happen. They actually happen all the time I'd say ballpark, twice a year, not the first, not the last. For us, it primarily affects logged-out users in the U.S. This one was particularly interesting because it really was a swing down but then a recovery shortly thereafter.

It happened right at the end of the quarter. It was kind of interesting during this one, the team recovered. I think adapted nice.

*We see these things for all sorts of different reasons.*

*We did see an increase in the query term "Reddit" in our own search dashboard, which says that kind of despite what happens on the Google side, Internet consumers broadly want to end up on Reddit.*

*So as we've mentioned, we started off Q1, I think on a great foot, both with our search traffic and then also with the rest of our traffic.*

47.    Defendant Huffman's responses during the 4Q24 Earnings Call reflect a pattern of minimizing concerns over the potential long-term impact of Google's algorithm changes on Reddit's traffic and revenue. When directly asked by analysts how the Company could ensure future changes would not prove more problematic, Huffman offered vague bromides, speculation, and callbacks to historical resilience—without providing any concrete metrics or strategic safeguards. Rather than acknowledging the material risks that such algorithmic volatility, particularly involving logged-out users, could pose to Reddit's business model—especially as AI-powered search tools increasingly deliver content without directing traffic to source websites—Huffman deflected. He dismissed the

matter as routine, framed the recovery as swift and complete, and claimed there was "zero concern" from management. However, this dismissal ignored the broader structural challenges Reddit faces in a shifting digital ecosystem where referral traffic from search engines is no longer guaranteed, leaving investors and stakeholders with little meaningful transparency or accountability.

48.     On February 13, 2025, the Company filed is annual report on Form-10K with the SEC for the year ended December 21, 2024. The 10-K directly incorporates and relies on these 4Q24 metrics without correction or adequate disclosure of known risks, perpetuating the misrepresentations.

49.     The 10-K reports an average of 101.7 million DAUq in 4Q24 (39% YoY growth) and 379.4 million Weekly Active Unique users and emphasizes "significant opportunity to convert... users to daily users" and strategies like AI for recommendations, search improvements (e.g., "Reddit Answers"), and international growth (53% of users outside the U.S.).  However, as alleged herein and in the Securities Class Action, 4Q24 metrics were artificially inflated by failing to disclose the severe, ongoing impact of Google's late-4Q24 algorithm changes (and later AI features like AI Overviews), which caused traffic volatility primarily affecting "logged-out users" and "seekers" (high-intent users searching for answers).

50.     The 10-K further presents these figures as evidence of growth without qualifying the known risks or volatility admitted in the earnings call. This omission created a false and misleading impression of sustainable momentum.

51.     The 10-K reports Q4 2024 revenue of $427.7 million (71% YoY growth), with ~90% from advertising tied to user engagement and further discusses ARPU growth and strategies like "contextual and interest-based advertising" to expand revenue.

52.     These revenue figures were false and misleading because they downplayed how Google's changes reduced referral traffic (a key ad driver), leading to overstated growth. The Management Discussion and Analysis (MD&A) section of the 10-K also fails to disclose the full extent of 4Q24  risks or post-4Q24  impacts, presenting revenue as driven by "organic" growth without noting dependencies on search engines. This breached disclosure obligations under Item 303 of Regulation S-K, as it omits known trends like known algorithm volatility that could materially affect results.

53.     On April 28, 2025, Reddit filed the 2025 Proxy with the SEC wherein Defendants solicited shareholder votes – in advance of an annual stockholder meeting held June 9, 2025 – in favor of proposals to (i) re-elect Defendants Huffman, Farrell, Fili-Krushel, Gale, Habiger, Newhouse, Sauerberg, and Seibel to the Board; (ii) ratify the appointment of KPMG LLP as the Company's independent registered public accounting firm for the fiscal year ended December 31, 2025 (the "**2025 Fiscal Year**"); (iii) approve, on an advisory basis, compensation of the Company's named executive officers; and (iv) approve, on an advisory basis, whether future advisory votes on executive compensation should be held every one, two, or three years.

54.     With respect to the Company's Business Ethics Policy, the 2025 Proxy stated:

> Our Board of Directors has adopted a Business Ethics Policy that applies to all of our officers, employees, contingent workers, consultants, and directors, including our Chief Executive Officer, Chief Financial Officer, and other executive and senior financial officers. The full text of our Business Ethics Policy is posted on the investor relations section of our website at investor.redditinc.com. We intend to disclose future amendments to certain portions of our Business Ethics Policy or waivers of such provisions granted to executive officers and directors on the same website, as permitted under applicable rules of NYSE and the SEC.

55.     In a section titled "Our Board of Directors' Role in Risk Oversight," the 2025 Proxy stated:

> Risk assessment and oversight are an integral part of our governance and management processes. Our Board of Directors encourages management to promote a culture that incorporates risk management into our corporate strategy and day-to-day business operations. Management discusses strategic and operational risks at regular management meetings, and conducts specific strategic planning and review sessions during the year that include a focused discussion and analysis of the risks facing us. Throughout the year, senior management reviews these risks with the Board of Directors at regular board meetings as part of management presentations that focus on particular business functions, operations or strategies, and presents the steps taken by management to mitigate or eliminate such risks. Our Board of Directors does not have a standing risk management committee, but rather administers this oversight function directly through our Board of Directors as a whole, as well as through various standing committees of our Board of Directors that address risks inherent in their respective areas of oversight. While our Board of Directors is responsible for monitoring and assessing strategic risk exposure, our Audit Committee is responsible for overseeing our major financial, cybersecurity and information technology risk exposures and

our risk exposures in other areas, as well as the steps our management has taken to monitor and control these exposures. The Audit Committee also approves or disapproves any related party transactions. Our Compensation and Talent Committee assesses and monitors whether any of our compensation policies and programs has the potential to encourage excessive risk-taking. Our Nominating and Corporate Governance Committee monitors the effectiveness of our Corporate Governance Guidelines.

56.　The 2025 Proxy failed to disclose, however, that the Company was beset with compliance problems that posed significant risks of harm. The 2025 Proxy also was false and misleading because it failed to disclose that: (i) the Company lacked sufficient controls, including with respect to financial reporting; and (ii) contrary to the 2025 Proxy's descriptions of the Board's risk oversight function and the Audit Committee's responsibilities, the Board and its Committees were not adequately exercising these functions, and were causing or permitting the Company to issue false and misleading statements.

57.　The 2025 Proxy further failed to disclose that: (i) that changes to Google's search algorithm, including the implementation of AI Overviews, were materially reducing traffic to Reddit's platform by surfacing content directly in search results; and (ii) although the volume of search queries containing the term "Reddit" was increasing, users were often obtaining the desired information directly from Google without visiting Reddit, thereby diminishing user engagement and undermining growth metrics. In light of these omissions, the Company's representations concerning its business, operations, and future prospects were materially misleading and/or lacked a reasonable basis throughout the relevant period.

58.　The 2025 Proxy contains a Compensation Discussion and Analysis ("**CD&A**"), which explains how executive pay (*e.g.*, for CEO Huffman) is tied to 2024 performance metrics like DAUq growth, revenue, and user engagement. It highlights "competitive base salary," performance-based bonuses, and equity awards vesting over multi-years, emphasizing alignment with long-term stockholder value. It references strong 2024 results as justification for compensation levels. The Compensation Committee is described as overseeing this based on "corporate goals and objectives."

59.　The foregoing, however, was false. As alleged herein and in the Securities Class Action, the 2024 metrics (e.g., DAUq and revenue growth) were artificially inflated by downplaying Google-

related volatility. Accordingly, the CD&A misrepresents the basis for executive pay by portraying 2024 as a year of robust, sustainable growth without disclosing known risks (e.g., algorithm changes affecting "seekers" vs. "scrollers" users). This mislead stockholders on Proposal 3 (advisory vote on executive compensation), because they were asked to approve pay based on materially false and misleading performance data.

60. The false and misleading elements of the 2025 Proxy were material to stockholders in voting on the Board's proposals, particularly with respect to stockholders' consideration of the reelection of incumbent directors.

61. Defendants Huffman, Farrell, Fili-Krushel, Gale, Habiger, Newhouse, Sauerberg, and Seibel caused the 2025 Proxy Statement to be materially false and misleading by omitting critical information regarding emerging threats to Reddit's core business model. Specifically, the Proxy failed to disclose that: (i) changes to Google's search algorithm, including the implementation of AI Overviews, were materially reducing traffic to Reddit's platform by surfacing content directly in search results; and (ii) although the volume of search queries containing the term "Reddit" was increasing, users were often obtaining the desired information directly from Google without visiting Reddit, thereby diminishing user engagement and undermining growth metrics. In light of these omissions, the Company's representations concerning its business, operations, and future prospects were materially misleading and/or lacked a reasonable basis throughout the relevant period.

62. As a result of Defendants Huffman, Farrell, Fili-Krushel, Gale, Habiger, Newhouse, Sauerberg, and Seibel causing the 2025 Proxy Statement to contain materially false and misleading statements and omissions, Company shareholders were misled into voting in favor of several critical matters. Specifically, shareholders: (i) re-elected the aforementioned Individual Defendants to the Board, thereby enabling them to continue breaching their fiduciary duties to the Company; (ii) approved, on an advisory basis, the compensation of the Company's named executive officers; and (iii) approved, on an advisory basis, the frequency of future advisory votes on executive compensation. These votes were cast based on inaccurate and incomplete information, undermining the integrity of the shareholder decision-making process.

63.    The Proxy Statement issued on April 28, 2025 (the "**Proxy**") for the June 9, 2025 annual meeting, incorporated by reference Reddit's 2024 Form 10-K, which included overstated user growth (101.7 million DAUq, with 39% YoY growth) and revenue figures ($427.7 million in 4Q24, 71% growth). These metrics downplayed the material negative impact of Google's search algorithm changes and AI features, which reduced Reddit's traffic and ad revenue potential.

64.    When corrective disclosures emerged, Reddit's stock experienced significant drops. Specifically: (i) May 21, 2025: a decline of $9.79 per share (over 9%), from $105.64 to $95.85, following analyst downgrades (Baird reduced price target to $120) citing traffic declines from Google's changes; (ii) May 2, 2025: a decline of $4.96 per share (4.18%), to $113.83, after reports of slowed user growth; and (iii) May 19, 2025: a declined $5.24 per share (over 4.5%), from $113.23 to $107.99.

65.    These drops reduced Reddit's market capitalization by hundreds of millions of dollars, harming the Company by making it more difficult to raise capital, execute stock-based acquisitions, or attract/retain talent (as equity compensation vests based on stock value).

66.    The Proxy's reliance on false disclosures has directly fueled the Securities Class Action, which seeks damages for violations of Sections 10(b) and 20(a) of the Exchange Act.  Accordingly, the Company must defend against claims that the Proxy misled shareholders on Proposals 1 (director elections), 3 (executive compensation), and others, by tying votes to inflated 2024 performance metrics without disclosing risks like sustained traffic volatility. Legal fees, potential settlements, and indemnification costs for defendants (CEO Steven Huffman, CFO Andrew Vollero, COO Jennifer Wong) further damage the Company.

67.    The Proxy portrayed robust governance (independent directors, risk oversight on financial and tech risks) and tied executive pay to "strong 2024 results," but, instead, defendants failed to address known vulnerabilities including dependency on Google search traffic, which drives ~90% of ad revenue. This has eroded investor trust, as evidenced by analyst notes and stock price performance.

***The Truth Begins to Emerge***

68.    The truth began to emerge on May 1, 2025, when the Company issued a press release announcing its financial results for the first quarter of 2025. While the press release highlighted a 31% year-over-year increase in DAUq, reaching 108.1 million, and a 61% YoY rise in revenue to $392.4

million, the underlying figures painted a more troubling picture. The reported DAUq growth represented the third consecutive quarter of deceleration in daily active user growth, raising red flags about the long-term sustainability of Reddit's user expansion and intensifying investor concerns over the Company's future performance trajectory.

69.    That same day, the Company held an earnings call with analysts and investors to discuss its first quarter 2025 financial results (the "**1Q25 Earnings Call**"). During the scripted portion of the call, the Individual Defendants conspicuously avoided addressing the impact of Google's recent algorithm changes. When an analyst specifically inquired about Defendant Huffman's "thoughts on DAUq and users overall" and "user growth for the remainder of the year," Defendant Huffman once again deflected, offering a generalized response that failed to acknowledge or confront the growing concerns over declining traffic tied to changes in Google Search:

> So look, we're happy with the start to the year. In Q1, we had 108 million dailies, 400 million weeklies. So that's 31% each year-over-year. *We believe we're in great shape over the medium and longer term.*
>
> Look, ultimately, we drive growth when we make improvements to the product, which is where our focus is. So things like onboarding, search, machine translation, they all drive growth over the long term.
>
> Now, look. Remember, we're an open platform, and we want people to find Reddit's content in search. Being open drives awareness and visibility, but it can also create variability.
>
> We do expect some bumps along the way from Google because we've already seen a few this year. This is expected in any year, but given that the search ecosystem is under heavy construction, the near-term could be more bumpy than usual.
>
> To give you an early read on Q2 through the month of April, *we're seeing total DAUs growing in the high-teens range year-over-year*.
>
> But the short-term bumps don't affect our long-term strategy or opportunity. We're in control of our own destiny.
>
> *I think the question behind the question is, is there a long-term risk to Reddit here? And in my view, the answer is no.* In fact, I think there's opportunity. There's no doubt LLMs will evolve search on the Internet. We can all see that. It's awesome.

Sometimes people will want the summarized, annotated, sterile answers from AI, and we're even building this ourselves in Reddit Answers. But other times, they want the subjective, authentic, messy, multiple viewpoints that Reddit provides.

So in the same way that Reddit for the last decade has been an alternative to social media – social media being performative and manicured, and Reddit being the opposite – Reddit communities and conversations will be an alternative to AI search answers.

***And furthermore, people want what Reddit has. When they search, they search for Reddit by name. In the last 90 days, the word "Reddit", was the sixth most searched word on Google between "news" and "Trump", which incidentally also says something about our position in the media landscape. The Google algorithm serves users what they want and what they ask for. Of course we have had a long and symbiotic relationship with Google.***

So in summary, expect some bumps and expect us to continue to improve the product and lay the foundation for more consistency in the back half of the year and beyond. Our opportunity remains huge, communities are universal, our knowledge base is unparalleled.

70.    During the 1Q25 Earnings Call, a Wells Fargo analyst pressed for additional clarity, asking: "[B]ack to the DAU point you made about it being in the high tens in April in volatility. Could you give us [] please a bit more color on both U.S. versus international and kind of logged out versus logged in?" In response, Defendant Huffman gave a vague and non-committal answer, failing to provide meaningful insight into the specific trends or regional impacts driving the volatility. His response sidestepped the core of the question and offered little transparency into how shifting traffic patterns—particularly those influenced by Google's algorithm—were affecting Reddit's user base:

So look, we're focused on the product and building longer term. Search traffic is mostly logged out, but it's some logged in, too; it's more U.S. than not, simply because that's where we've had the content base. That's the biggest content base and where it's had it the longest.

So look, we'll see where it goes. As I said, we expect some bumps. ***Some bumps are normal.***

It's probably more bumpy than typical because of the evolution. So we'll share more with you next quarter

71.    Thereafter, the price of the Company's stock fell $4.96 per share, or approximately 4.18%, from a closing price of $118.79 on May 1, 2025, to close at $113.83 on May 2, 2025.

***The Truth is Fully Revealed***

72.    On May 19, 2025, Wells Fargo analysts downgraded Reddit's stock and lowered their price target from $168 to $115 per share, citing the disruptive impact of Google Search's new AI features. The analysts warned that these changes were likely to result in a "permanent" shift in user behavior, reducing Reddit's visibility in search results and driving down traffic—particularly from logged-out users in the U.S. This anticipated decline in traffic raised serious concerns about the Company's ability to sustain its advertising revenue, which heavily relies on high user engagement and discoverability through external search platforms.

73.    On May 21, 2025, Baird analysts issued a significant downgrade of Reddit's stock, reducing their price target from $140 to $120 per share. Echoing the concerns previously raised by Wells Fargo, Baird cited updates announced during the Google I/O developer conference, which highlighted fundamental changes to Google Search—particularly the introduction of AI-driven features that threaten to disintermediate Reddit's content. The analysts concluded that these developments confirmed "lasting disruptions" to Reddit's traffic and stated that they had "adjusted estimates for ongoing U.S. user growth headwinds" accordingly.

74.    Following this news, Reddit's stock price declined $9.79 per share, or approximately 9.3%, falling from a closing price of $105.64 on May 20, 2025, to close at $95.85 on May 21, 2025.

## FIDUCIARY DUTIES

75.    Because of their positions as officers and directors of the Company, each of the Individual Defendants owed and continues to owe Reddit and its stockholders fiduciary obligations of trust, loyalty, good faith, and due care and was/is required to use his/her utmost ability to control and manage Reddit in a fair, just, honest, and equitable manner. The Individual Defendants were/are required to act in furtherance of the best interests of Reddit and its stockholders to benefit all stockholders equally and not in furtherance of their personal interest or benefit.

76.     Each Individual Defendant owed and continues to owe Reddit, and its stockholders, the fiduciary duty to exercise good faith and diligence in the administration of the affairs of the Company and the use and preservation of its property and assets.

77.     The Individual Defendants, because of their positions of control and authority as directors and/or officers of Reddit, were able to, and did, directly and/or indirectly, exercise control over the wrongful acts complained of herein. Because of their executive and/or directorial positions with Reddit, each of the Individual Defendants had knowledge of material, nonpublic information regarding the Company. In addition, as officers and/or directors of a publicly held company, the Individual Defendants had a duty to promptly disseminate accurate and truthful information regarding the Company's business practices, operations, financials, financial prospects, compliance policies, and internal controls so that the market price of the Company's stock would be based on truthful and accurate information.

78.     To discharge their duties, the Individual Defendants were/are required to exercise reasonable and prudent supervision over the management, policies, practices, and controls of the financial affairs of the Company. The Individual Defendants were required to, among other things:

(a)     Ensure that the Company complied with its legal obligations and requirements—including requirements involving the filing of accurate financial and operational information with the SEC—and refrain from engaging in insider trading and other deceptive conduct;

(b)     Ensure that the Company was operated in a diligent, honest, and prudent manner under the laws and regulations of Delaware and the United States pursuant to the Company's Business Ethics Policy;

(c)     Conduct the affairs of the Company in compliance with all applicable laws, rules, and regulations to make it possible to provide the highest quality performance of its business, avoid wasting the Company's assets, and maximize the value of the Company's stock;

(d)     Remain informed as to how Reddit conducted its operations, and, upon receipt of notice or information of imprudent or unsound conditions or practices, make a reasonable inquiry in connection therewith, and take steps to correct such conditions or practices and make such disclosures as necessary to comply with applicable laws;

(e)    Establish and maintain systematic and accurate records and reports on the business and internal affairs of Reddit, as well as procedures for reporting said reports and records to the Board, and periodically investigate, or cause independent investigation to be made of, said reports and records;

(f)    Maintain and implement an adequately functioning system of internal, legal, financial, and management controls such that Reddit's operations comply with all applicable laws and that the Company's financial statements and regulatory filings filed with the SEC and disseminated to the public and Company's shareholders are accurate;

(g)    Exercise reasonable control and supervision over the public statements made by the Company's officers and employees and any other reports of information that the Company was required by law to disseminate;

(h)    Examine and evaluate any reports of examination, audits, or other information concerning the financial affairs of the Company and make full and accurate disclosure of all material facts concerning, *inter alia*, each of the subjects and duties set forth above; and

(i)    Truthfully and accurately guide investors and analysts as to the Company's business operations at any given time.

***Duties Pursuant to the Company's Business Ethics Policy***

79.    The Individual Defendants, as officers and/or directors of Reddit, were bound by the Company's Business Ethics Policy, which provides that:

> As a public company we are subject to various securities laws, regulations, and reporting obligations. Both federal law and our policies require the disclosure of accurate and complete information regarding Reddit's business, financial condition, and results of operations. Inaccurate, incomplete, or untimely reporting will not be tolerated and can severely damage Reddit and result in legal liability.
>
> **Reddit's Chief Financial Officer and other employees working in Reddit's Finance Department have a special responsibility to ensure that all of our financial disclosures are full, fair, accurate, timely, and understandable.** These employees, contingent workers, consultants, and officers must understand and strictly comply with generally accepted accounting principles and all standards, laws, and regulations for accounting and financial reporting of transactions, estimates, and forecasts.

80.    All Company directors, officers, and employees are required to be familiar with the Business Ethics Policy, comply with its provisions, and report suspected violations.

81.    With respect to "Fair Dealing," the Business Ethics Policy states, in relevant part, that "Employees, contingent workers, consultants, officers, and directors should endeavor to deal fairly with Reddit's customers, service providers, suppliers, competitors, and other employees. No employees, contingent workers, consultants, officers, or directors may take unfair advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any unfair dealing practice."

82.    Accordingly, the Individual Defendants knew or were reckless in not knowing that they had a heightened duty to ensure the accuracy, completeness, and timeliness of Reddit's public disclosures. By allowing the Company to issue materially false and misleading statements concerning its user traffic trends, the impact of Google's algorithmic and AI-related changes, and the Company's resulting business prospects, the Individual Defendants blatantly disregarded their obligations under Reddit's own Business Ethics Policy. Their failure to uphold these responsibilities not only violated Company policy but also contributed directly to misleading the investing public and exposing Reddit to significant legal and reputational harm.

***Duties Pursuant to the Audit Committee Charter***

83.    In addition to the duties set forth in the Business Ethics Policy, Defendants Habiger, Sauerberg, and Farrel (the "**Audit Committee Defendants**"), who served on the Audit Committee during the Relevant Period, owed specific duties to Reddit pursuant to the Audit Committee Charter. Specifically, the Audit Committee Charter states that the purpose of the Audit Committee is "to assist the Board in fulfilling its statutory and fiduciary oversight responsibilities relating to Reddit's financial accounting, reporting and controls." Accordingly, the principal functions of the Audit Committee are to assist the Board in its oversight of: (i) the Company's accounting and financial reporting processes and internal controls, including audits and the integrity of the Company's financial statements; (ii) the qualifications, independence and performance of the Company's independent auditors ("**Independent Auditors**"); (iii) the design, implementation and performance of the Company's internal audit function; (iv) the Company's financial and treasury policies and strategies, including its capital structure; (v) risk

assessment and management; and (vi) compliance by the Company with legal and regulatory requirements.

84.    In a section titled "Responsibilities and Duties, the Audit Committee Charter states, in relevant part, that the Audit Committee has the following duties and responsibilities with respect to "Financial Statements and Disclosures":

> 1.    Prior to distribution to the public, review and discuss with management and the Independent Auditors, the Company's quarterly and annual financial results, earnings press releases, and earnings guidance provided to analysts and rating agencies, and other public announcements regarding the Company's operating results.
>
> 2.    Review and discuss the following with management, the internal auditors (if any) and the Independent Auditors, as applicable:
>
> •    the Company's annual audited and quarterly unaudited financial statements and annual and quarterly reports on Form 10-K and 10-Q, including the disclosures in "Management's Discussion and Analysis of Financial Condition and Results of Operations," and recommend to the Board whether annual financial statements should be included in the Company's Annual Report on Form 10-K;
>
> •    the results of the Independent Auditors' audit or review of the financial statements;
>
> •    all critical audit matters (CAMs) proposed by the Independent Auditor to be included in the Independent Auditor's annual audit report;
>
> •    any items required to be communicated by the Independent Auditors in accordance with applicable accounting standards or requirements of the Public Company Accounting Oversight Board (the "PCAOB"); and
>
> •    any significant issues, events and transactions and any significant changes regarding accounting principles, practices, policies, judgments or estimates.
>
> Internal Controls
>
> With respect to the Company's internal controls, the Committee will:
>
> 1.    Review and discuss with the Company's management, its internal auditors (if any), and the Independent Auditors, and provide oversight over, the design, implementation, adequacy, and effectiveness of the Company's accounting and financial processes and systems of internal controls and material changes in such controls, including any control deficiencies, significant deficiencies, and material weaknesses in their design or operation, and any steps management has taken to address material weaknesses in the Company's internal control over financial reporting.

2.    Review any allegations of fraud involving management or any employee of the Company with a significant role in the Company's accounting and financial reporting process and systems of internal controls that are disclosed to the Committee.

3.    Discuss any comments or recommendations of the Independent Auditors outlined in their annual management letter or internal control reports.

4.    Periodically consult with the Independent Auditors out of the presence of the Company's management about internal controls, the fullness and accuracy of the Company's financial statements and any other matters that the Committee or the Independent Auditors believe should be discussed privately with the Committee.

5.    Establish procedures for (a) the receipt, retention, and treatment of complaints received by the Company regarding accounting, internal accounting controls, or auditing matters, and (b) the confidential and anonymous submission by employees of the Company of concerns regarding questionable accounting or auditing matters. Oversee the review of any such complaints and submissions that have been received, including the current status and the resolution if one has been reached.

6.    Consider the establishment, and oversee the activities, of any internal audit function within the Company.

85.    With respect to "Risk Oversight and Compliance," the Audit Committee's functions and responsibilities include, in relevant part, to:

1.    Review with management the Company's financial risks and enterprise exposures and the steps management has taken to monitor or mitigate such risks and exposures, including the Company's procedures and any related policies with respect to risk assessment and risk management.

2.    Review with management the Company's cybersecurity and other information technology risks, controls, and procedures, including the Company's plans to mitigate cybersecurity and other information and technology risks and respond to data breaches.

3.    Review with management the Company's risk exposures in other areas, as the Committee deems necessary or appropriate from time to time.

4.    Review the Company's policies and procedures for reviewing and approving "related person transactions" as defined by Item 404 of Regulation S-K and approve or recommend to the Board any changes to such policies and procedures. In accordance with the Company's Related Person Transaction Policy and Procedures and NYSE rules, the Committee will review and, if appropriate, approve related person transactions and oversee such transactions on an ongoing basis.

5.      Review with management the Company's (a) programs for promoting and monitoring compliance with applicable legal and regulatory requirements, and (b) major legal and regulatory compliance risk exposures and the steps management has taken to monitor or mitigate such exposures.

6.      Review the status of any significant legal and regulatory matters and any material reports or inquiries received from regulators or government agencies that could reasonably be expected to have a significant impact on the Company's financial statements.

7.      Periodically, but no less frequently than annually, review and oversee and monitor the quality of implementation and execution of those elements of the Company's enterprise risk management program assigned by the full Board to the Committee.

86.    With respect to "Corporate Governance," the Audit Committee's functions and responsibilities include, in relevant part, to

1.      Annually prepare a report to the Company's stockholders for inclusion in the Company's annual proxy statement as required by the Commission Rules.

2.      Review and establish any appropriate changes to the insurance coverages for the Company's directors and officers.

3.      Review and approve any reports prepared by management with respect to environmental, social, and governance initiatives not otherwise allocated to other committees of the Board. To the extent that a review and approval of human capital matters are relevant to the discharge of the Committee's responsibilities as set forth in this paragraph, the Committee may rely on reports, analyses, and recommendations of the Compensation and Talent Committee of the Board.

4.      Discharge the responsibilities as set forth in such policies, codes and guidelines approved by the Board.

## **BREACHES OF DUTIES**

87.    Whether in press releases, earnings calls, or the 2025 Proxy Statement, the Individual Defendants had repeated and ample opportunities to disclose the material risks Reddit faced from declining traffic due to Google's algorithm changes and the introduction of AI Overviews. Instead, they chose to omit these issues entirely or, when directly questioned, responded with vague reassurances, deflections, or dismissals that downplayed the adverse impact these developments were having on the

Company's growth and advertising revenue. This consistent pattern of concealment misled investors about the true state of Reddit's business and prospects and constitutes a clear breach of the Individual Defendants' duties to act in good faith, with candor, and in the best interests of the Company.

88.     The conduct of the Individual Defendants complained of herein involves a knowing and culpable violation of their obligations as officers and/or directors of Reddit, the absence of good faith on their part, and a reckless disregard for their duties to the Company.

89.     The Individual Defendants breached their duty of loyalty and good faith by allowing the Company to cause, or by themselves causing, the Company to make improper statements to the public and the Company's stockholders. These unlawful practices wasted the Company's assets and caused Reddit substantial damage.

90.     The Audit Committee Defendants had a duty to review the Company's earnings press releases and regulatory filings. The Audit Committee Defendants breached their duty of loyalty and good faith by approving the omission of material information, making improper statements detailed herein, and failing to properly oversee Reddit's public statements and internal control functions.

91.     The Individual Defendants, because of their positions of control and authority as officers and/or directors of Reddit, were able to and did, directly or indirectly, exercise control over the wrongful acts complained of herein. The Individual Defendants also failed to prevent the other Individual Defendants from taking such illegal actions. In addition, because of the Individual Defendants' improper course of conduct, the Company is now the subject of the Securities Class Action, which alleges violations of federal securities laws.

## DAMAGES TO REDDIT

92.     As a direct and proximate results of the Individual Defendants' conduct, Reddit has expended and will continue to expend significant sums of money.

93.     Such expenditures include, but are not limited to, legal fees associated with the aforementioned Securities Class Action, and amounts paid to outside lawyers, accountants, and investigators in connection therewith. Furthermore, the Securities Class Action has exposed the Company to massive class-wide liability.

94.    Moreover, the Company has provided significant compensation and benefits to Individual Defendants who breached their fiduciary duties to the Company.

95.    As a result of the Individual Defendants' conduct, Reddit has suffered and will continue to suffer a loss of reputation and goodwill that will plague the Company's stock price in the future due to the Company's actions and misrepresentations and the Individual Defendants' breaches of fiduciary duties.

## DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS

96.    Plaintiff repeats and re-alleges each and every allegation above as though fully set forth herein.

97.    Plaintiff brings this action derivatively and for the benefit of Reddit to redress injuries suffered, and to be suffered, because of the Individual Defendants' violations of Sections 10(b), 14(a), and 20(a) of the Exchange Act, breaches of fiduciary duties, and unjust enrichment.

98.    Plaintiff is, and has been continuously at all relevant times, a stockholder of Reddit. Plaintiff will adequately and fairly represent the interests of Reddit in enforcing and prosecuting its rights, and, to that end, has retained competent counsel, experienced in derivative litigation, to enforce and prosecute this action.

99.    A pre-suit demand on the Board of Reddit is futile and, therefore, excused. At the time of filing this action, the Board consists of 8 directors: Individual Defendants (i) Huffman; (ii) Habiger; (iii) Sauerberg; (iv) Gale; (v) Seibel; (vi) Fili-Krushel; (vii) Newhouse; and (viii) Farrell.

100.    Plaintiff did not make a demand on the Board prior to bringing this stockholder derivative suit because, as set forth below, at least half of the Demand Board faces a substantial likelihood of personal liability and is incapable of making an independent and disinterested decision to bring the claims herein.

101.    The members of the Board either knew or should have known of the false and misleading statements that were issued on the Company's behalf and took no steps in a good faith effort to prevent or remedy that situation.

102.    Each member of the Board approved and/or permitted the wrongs alleged herein to have occurred and participated in efforts to conceal or disguise those wrongs from the Company's

stockholders or recklessly and/or with gross negligence disregarded the wrongs complained of herein and are therefore not disinterested parties.

103.    Each member of the Board authorized and/or permitted the false statements to be disseminated directly to the public and made available and distributed to shareholders, authorized and/or permitted the issuance of various false and misleading statements, and are principal beneficiaries of the wrongdoing alleged herein, and thus, could not fairly and fully prosecute such a suit even if they instituted it.

104.    As fiduciaries charged with overseeing the Company's affairs, each member of the Board had knowledge, or the fiduciary obligation to inform themselves, of information pertaining to the Company's core operations and the material events giving rise to these claims. Specifically, as directors of Reddit, the members of the Board knew, or should have known, the material facts surrounding the Company's pricing pressure and declining revenue growth.

105.    Additionally, each member of the Board received payments, benefits, stock options, and other emoluments by virtue of their membership on the Board and their control of the Company.

106.    Each of the Directors also received a material personal benefit as a result of their breaches of fiduciary duties because they were re-elected to the Board based on the materially false and misleading 2025 Proxy.

107.    Additionally, the Director Defendants took no action to redress the harm suffered by the Company resulting from the misconduct alleged herein. Pursuant to the Audit Committee Charter, the Audit Committee Defendants were specifically charged with the responsibility to assist the Board in fulfilling its oversight responsibilities related to, *inter alia*, financial reporting and the underlying internal controls and procedures over financial reporting. At all relevant times, however, the Audit Committee Defendants breached their fiduciary duty to the Company by failing to prevent, correct, or inform the Board of the issuance of material misstatements and omissions regarding the Company's business, finances, and operations, as alleged above. Therefore, the Audit Committee Defendants cannot independently consider any demand to sue themselves for breaching their fiduciary duties to the Company, as that would expose them to substantial liability and threaten their livelihoods.

108.    The members of the Board were and are subject to the Company's Business Ethics Policy, which goes well beyond the basic fiduciary duties required by applicable laws, rules, and regulations, requiring members of the Board to adhere to the Company's standards of business conduct. The members of the Board violated the Business Ethics Policy because they knowingly or recklessly participated in making and/or causing the Company to make the materially false and misleading statements alleged herein. Because they violated the Business Ethics Policy, each member of the Board faces a substantial likelihood of liability for breaching their fiduciary duties and, therefore, demand upon them is futile.

109.    As a result of the foregoing, each member of the Board faces a substantial likelihood of liability, is not independent, and is incapable of exercising his or her disinterested business judgment about whether to bring the claims asserted herein. Accordingly, demand upon the Board to do so is futile, and is thus excused.

## FIRST CLAIM

### Against the Individual Defendants

*for Violations of Section 14(a) of the Exchange Act*

110.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

111.    The Section 14(a) Exchange Act claims alleged herein are based solely on negligence. They are not based on any allegation of reckless or knowing conduct by or on behalf of the Individual Defendants. The Section 14(a) claims alleged herein do not allege and do not sound in fraud. Plaintiff specifically disclaims any allegations of, reliance upon any allegation of, or reference to any allegation of fraud, scienter, or recklessness with regard to these non-fraud claims.

112.    Section 14(a) of the Exchange Act, 15 U.S.C. § 78n(a)(1), provides that "[i]t shall be unlawful for any person, by use of the mails or by any means or instrumentality of interstate commerce or of any facility of a national securities exchange or otherwise, in contravention of such rules and regulations as the [SEC] may prescribe as necessary or appropriate in the public interest or for the protection of investors, to solicit or to permit the use of his name to solicit any proxy or consent or

authorization in respect of any security (other than an exempted security) registered pursuant to section 12 of this title [15 U.S.C. § 78l]."

113.    Rule 14a-9, promulgated pursuant to § 14(a) of the Exchange Act, provides that no proxy statement shall contain "any statement which, at the time and in the light of the circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading." 17 C.F.R. § 240.14a-9.

114.    The 2025 Proxy failed to disclose, *inter alia*, that: (i) the Company lacked sufficient controls, including with respect to financial reporting; and (ii) contrary to the 2025 Proxy's descriptions of the Board's risk oversight function and the Audit Committee's responsibilities, the Board was not adequately exercising these functions, and were causing or permitting the Company to issue false and misleading statements, and thus the Individual Defendants breached their fiduciary duties.

115.    The 2025 Proxy further failed to disclose that: (i) the Company was facing a new and material trend of declining user growth momentum, particularly in the U.S. market; (ii) as a result, Reddit was experiencing increasing headwinds in sustaining advertising revenue growth, particularly as logged-out traffic declined due to changes in Google Search functionality; (iii) Reddit's monetization metrics, including ARPU, reflected growing disparities between domestic and international markets, indicating challenges in scaling revenue globally; and (iv) the shifting dynamics in search engine traffic—fueled by AI-generated summaries and zero-click searches—had become a critical factor affecting Reddit's ability to attract and retain advertisers, particularly in securing and renewing large campaigns.

116.    In the exercise of reasonable care, the Individual Defendants should have known that by misrepresenting or failing to disclose the foregoing material facts, the statements contained in the 2025 Proxy was materially false and misleading. The misrepresentations and omissions were material to Plaintiff in voting on the matters set forth for stockholder determination in the 2025 Proxy, including, but not limited to, election of directors, ratification of an independent auditor, and the approval of executive compensation.

117.    The false and misleading elements of the 2025 Proxy led to the re-election of Defendants Huffman, Farrell, Fili-Krushel, Gale, Habiger, Newhouse, Sauerberg, and Seibel to the Board, allowing them to continue breaching their fiduciary duties to Reddit.

118.    The Company was damaged as a result of the Individual Defendants' material misrepresentations and omissions in the 2025 Proxy.

119.    Plaintiff, on behalf of Reddit, has no adequate remedy at law.

## SECOND CLAIM

### Against the Individual Defendants

*for Violations of Section 20(a) of the Exchange Act*

120.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

121.    The Individual Defendants by virtue of their positions with Reddit and their specific acts, were, at the time of the wrongs alleged herein, controlling persons of Reddit and officers and directors who made the false and misleading statements alleged herein within the meaning of Section 20(a) of the Exchange Act. The Individual Defendants had the power and influence, and exercised the same, to cause Reddit to engage in the illegal conduct and practices complained of herein.

122.    Plaintiff, on behalf of Reddit, has no adequate remedy at law.

## THIRD CLAIM

### Against the Individual Defendants

*for Violations of Section 10(b) of the Exchange Act and SEC Rule 10(b)-5*

123.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

124.    During the Relevant Period, the Individual Defendants disseminated or approved materially false and/or misleading public statements and failed to disclose, among other things, that: (i) the Company was experiencing a new and material trend of declining user growth momentum, particularly in the United States; (ii) changes to Google's search algorithm and the introduction of AI-generated content summaries were significantly reducing traffic from logged-out users, thereby weakening Reddit's ability to attract new users and sustain engagement; (iii) as a result, Reddit's

advertising growth prospects—particularly among performance advertisers and international markets—were increasingly at risk; and (iv) search-driven traffic volatility and emerging competitive threats from zero-click search results had become key challenges to Reddit's platform visibility and long-term monetization. As a result, positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis. Thus, the price of the Company's stock was artificially inflated due to the Individual Defendants' misconduct.

125.   As alleged herein, the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Reddit, their control over, and/or receipt and/or modification of Reddit's allegedly materially misleading statements and/or their associations with the Company which made them privy to confidential proprietary information concerning Reddit, participated in the fraudulent scheme alleged herein.

126.   The Individual Defendants knew and/or recklessly disregarded the false and misleading nature of the information which they caused to be disseminated to the investing public. The fraudulent scheme described herein could not have been perpetrated during the time in issue without the knowledge and complicity or, at least, the reckless disregard of the personnel at the highest levels of the Company, including the Individual Defendants.

127.   The Individual Defendants were among the senior management and the directors of the Company during the Relevant Period. Based on their roles at the Company, the Individual Defendants would have been involved with, or knowledgeable about, the wrongdoing alleged herein.

128.   At a minimum, the Individual Defendants failed to review or check information that they had a duty to monitor or ignored obvious signs that their statements were materially false and misleading or contained material omissions. Given the nature and extent of the problems at the Company, the

Individual Defendants knew and/or recklessly disregarded the extent and scope of their statements during the Relevant Period.

129.    Likewise, the Individual Defendants, by virtue of their high-level positions with the Company, directly participated in the management of the Company, were directly involved in the day-to-day operations of the Company at the highest levels, and were privy to confidential proprietary information concerning the Company and its business, operations, financial statements, and financial condition, as alleged herein.

130.    As such the Individual Defendants caused the Company to violate section 10(b) of the Exchange Act and SEC Rule 10b-5 in that they: (a) employed devices, schemes, and artifices to defraud; and (b) made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

## FOURTH CLAIM

### Against the Individual Defendants

*for Breach of Fiduciary Duties*

131.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

132.    Each Individual Defendant owed to the Company the duty to exercise candor, good faith, and loyalty in the management and administration of Reddit's business and affairs as directors and/or officers of the Company.

133.    Each of the Individual Defendants violated and breached their fiduciary duties of candor, good faith, loyalty, and reasonable inquiry, causing the Company to engage in the misconduct described herein.

134.    The Individual Defendants had actual or constructive knowledge that the Company issued materially false and misleading statements, and they failed to correct the Company's public statements. The Individual Defendants either had actual knowledge of the misrepresentations and omissions of material facts set forth herein, or acted with reckless disregard for the truth, in that they failed to ascertain and disclose such facts, even though such facts were available to them. Such material

misrepresentations and omissions were committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities.

135.    The Individual Defendants failed to correct and/or caused the Company to fail to rectify any of the wrongs described herein or correct the false and misleading statements and omissions of material fact referenced herein, rendering them personally liable to the Company for breaching their fiduciary duties.

136.    The Individual Defendants engaged in a sustained and systematic failure to properly exercise their fiduciary duties. Among other things, the Individual Defendants breached their fiduciary duties of loyalty and good faith by allowing the Company to improperly misrepresent its publicly reported financials. These actions could not have been a good-faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

137.    The Individual Defendants had actual or constructive knowledge that they had caused the Company to improperly engage in the fraudulent schemes set forth herein, and that internal controls were not adequately maintained, or acted with reckless disregard for the truth, in that they caused the Company to improperly engage in the fraudulent schemes and fail to maintain adequate internal controls, even though such facts were available to them. Such improper conduct was committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities. The Individual Defendants, in good faith, should have taken appropriate action to correct the schemes alleged herein and to prevent them from continuing to occur.

138.    These actions were not a good-faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

139.    As a direct and proximate result of the Individual Defendants' breaches of their fiduciary obligations, Reddit has sustained and continues to sustain significant damages. As a result of the misconduct alleged herein, the Individual Defendants are liable to the Company.

140.    Plaintiff, on behalf of Reddit, has no adequate remedy at law.

## FIFTH CLAIM

### Against the Individual Defendants

*for Unjust Enrichment*

141.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

142.    By their wrongful acts, violations of law, and false and misleading statements and omissions of material fact that they made and/or caused to be made, the Individual Defendants were unjustly enriched at the expense of, and to the detriment of, Reddit.

143.    The Individual Defendants either benefitted financially from the improper conduct, or received bonuses, stock options, or similar compensation from Reddit that was tied to the performance or artificially inflated valuation of Reddit, or received compensation that was unjust in light of the Individual Defendants' bad faith conduct.

144.    Plaintiff, as a shareholder and a representative of Reddit, seeks restitution from the Individual Defendants and seeks an order from this Court disgorging all profits, benefits and other compensation procured by the Individual Defendants due to their wrongful conduct and breach of their fiduciary and contractual duties.

145.    Plaintiff, on behalf of Reddit, has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment in the Company's favor against all Individual Defendants as follows:

A.    Declaring that Plaintiff may maintain this action on behalf of Reddit and that Plaintiff is an adequate representative of the Company;

B.    Finding that any demand upon the Board concerning the wrongdoing complained of herein would have been futile;

C.    Determining and awarding to Reddit the damages sustained by it because of the violations set forth above from each of the Individual Defendants, jointly and severally, together with pre- and post-judgment interest thereon;

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

D.      Directing Reddit and the Individual Defendants to take all necessary actions to reform and improve its corporate governance and internal procedures to comply with applicable laws and protect Reddit and its stockholders from a repeat of the damaging events described herein;

E.      Awarding Reddit restitution from the Individual Defendants;

F.      Awarding Plaintiff the costs and disbursements of this action, including reasonable attorneys' and experts' fees, costs, and expenses; and

G.      Granting such other and further relief as the Court deems just and proper.

Dated: August 11, 2025          **LEVI & KORSINSKY, LLP**

/s/ *Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (*pro hac vice* forthcoming)
Daniel Tepper (*pro hac vice* forthcoming)
Correy A. Suk (*pro hac vice* forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com

*Counsel for Plaintiff*

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT